Case 4:25-cv-01493   Document 3   Filed on 04/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MMA LAW FIRM, PLLC, § | |
| § | |
| *Debtor,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-1493 |
| § | |
| BARCUS ARENAS, PLLC, § | |
| § | |
| *Appellant.* § | |

## MEMORANDUM ORDER

Pending before the Court in the above referenced proceeding is Barcus Arenas, PLLC's Motion to Withdraw the Bankruptcy Reference (filed in Adversary proceeding number 25-3018 and re-filed in this Court as Doc. No. 2). The recommended ruling in Chief Bankruptcy Judge Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by this Court. Neither party filed objections. After a review of the filings, the applicable law, and Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, and hereby withdraws the reference as to all matters involving the division of attorney's fees between Barcus Arenas, PLLC and MMA Law Firm, PLLC, the debtor.

Signed at Houston, Texas, on this the 8th day of April, 2025.

Andrew S. Hanen
United States District Judge